UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JULIE MITRAVICH,<br><br>    Plaintiff,<br><br>v.<br><br>ALLY FINANCIAL INC.,<br><br>    Defendant. | Case No. 5:16-cv-04072-EJD (HRL)<br><br>**ORDER SETTING DISCOVERY HEARING RE MOTION FOR PROTECTIVE ORDER**<br><br>Re: Dkt. No. 57 |

The court has received plaintiff's Motion for Protective Order (Dkt. 57) and sets a telephonic hearing on the matter for **May 30, 2018, 11:00 a.m.** Counsel shall arrange for appearance via CourtCall, 866-582-6878.

SO ORDERED.

Dated: May 24, 2018

_____
HOWARD R. LLOYD
United States Magistrate Judge