Glassey | Smith
Sharon E. Glassey, SBN: 226481
Christopher T. Smith, SBN: 281599
9685 Via Excelencia, Suite 108
San Diego, CA 92126
TEL: (858) 207-6127
FAX: (858) 263-0218
sharon@californiaconsumerattorneys.com
chris@californiaconsumerattorneys.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE COURTHOUSE

| | |
|---|---|
| **Julie Mitravich**, an individual;<br><br>Plaintiff,<br><br>v.<br><br>**Ally Financial Inc.**, a Delaware corporation; and<br>**Does 1 through 75**, inclusive,<br><br>Defendants. | Case No. 5:16-cv-04072-EJD<br><br>STIPULATION FOR DISMISSAL<br><br>Complaint Filed: May 25, 2016<br>Removed: July 20, 2016 |

IT IS HEREBY STIPULATED by and between the Parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

August 1, 2018

Glassey | Smith

By: _____
Sharon E. Glassey
Christopher T. Smith
Joshua C. Anaya
Attorneys for Plaintiff

August 1, 2018

Severson & Werson

By: _____
~~Andrew S. Elliott~~ Mary Kate Kamka
Attorneys for Defendant

ORDER

IT IS ORDERED.

DATED: August __1__, 2018

_____
Hon. Edward J. Davila